UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEVIN CLAUSEN,

    Petitioner,

v.

JOHN W. HENLEY, *et al.*,

    Respondents.

Case No. 3:25-cv-00283-MMD-CLB

ORDER

Petitioner Kevin Clausen, a *pro se* Nevada prisoner, submitted a Petition for Writ of Habeas Corpus (ECF No. 1-1) under 28 U.S.C. § 2254 and an application to proceed *in forma pauperis* ("IFP") (ECF Nos. 4, 6, 7).

A $5 filing fee is required to initiate a habeas action in a federal district court. 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees. The Court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency. 28 U.S.C. § 1915; LR 1-1, 1-2. The IFP application must be submitted on the form provided by the Court and include specific financial information and a declaration confirming, under the penalty of perjury, that the financial information is true. *Id.*

The financial certificate shows Clausen is able to pay the $5 filing fee. (ECF No. 6 at 7.) Thus, he does not qualify for a fee waiver. The Court therefore denies the IFP application and gives Clausen 45 days to pay the $5 filing fee.

It is therefore ordered that the initial screening of the Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred until Clausen has fully complied with this Order.

It is further ordered that, within 45 days of the date of this Order, Clausen must pay the $5 filing fee.

The Clerk of the Court is instructed to send Clausen two copies of this Order. If he decides to pay the filing fee from his inmate account, he must arrange to have a copy of this Order attached to the check for the filing fee.

It is further ordered that Clausen's failure to comply with this Order within 45 days will result in the dismissal of this action without prejudice and without further advance notice.

DATED THIS 23rd Day of July 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE