UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN CLAUSEN, | Case No. 3:25-cv-00283-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| JOHN W. HENLEY, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their response to the petition for writ of habeas corpus. (ECF No. 15.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and, therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' first motion for enlargement of time (ECF No. 15) is granted. Respondents have until February 27, 2026 to file their response.

DATED THIS 10th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE