UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN CLAUSEN, Petitioner, v. JOHN W. HENLEY, *et al.*, Respondents. | Case No. 3:25-cv-00283-MMD-CLB ORDER |

Petitioner Kevin Clausen seeks an extension of time to file his first amended petition. (ECF No. 44.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's first motion for enlargement of time (ECF No. 44) is granted. Petitioner has until November 23, 2026, to file his first amended petition.

DATED THIS 17th Day of September, 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE